PD-1617-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/11/2015 2:21:16 PM
Accepted 12/15/2015 1:15:27 PM
ABEL ACOSTA
CLERK

IN THE COURT OF CRIMINAL APPEALS
IN AND FOR THE STATE OF TEXAS

PIO HILARION JIMENEZ     X

    X

VS.     X

    X

THE STATE OF TEXAS     X

FILED IN
COURT OF CRIMINAL APPEALS

December 15, 2015

ABEL ACOSTA, CLERK

## MOTION TO EXTEND TIME FOR FILING PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF SAID COURT:

NOW COMES, Pio Hilarion Jimenez, Petitioner in the above styled and numbered cause and requests an extension to file his Petition for Discretionary Review. The petition was due on November 25, 2015. Counsel requests an extension of 30 days to file the Petition. Petitioner does not read or speak English. Petitioner did not understand the documents counsel sent him regarding the disposition of his appeal and the time requirements attendant. Petitioner mailed the documents to his family. Counsel was contacted by Petitioner's family after Thanksgiving. Petitioner only retained counsel to file the Petition for Discretionary Review a few days ago. Counsel has not had a previous extension. The Seventh Court of Appeals in Amarillo originally issued its Opinion on September 29, 2015 in Case No. 07-13-00303. Counsel filed a Motion for Rehearing on October 13, 2015. The Seventh Court of Appeals denied the Motion

for Rehearing on October 26, 2015.  The Seventh Court of Appeals withdrew its

previous Opinion and issued a new Memorandum Opinion on October 26, 2015.

Counsel respectfully requests an extension of 30 days.


Respectfully submitted by,

_____/S/   Eric Coats_____
Eric Coats
Appellant's Lawyer
SBN: 00783845
1716 S. Polk
Amarillo, Texas 79102
806-374-1333
ecoatslaw@gmail.com


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was sent by e-mail to State's Counsel as indicated below at time of filing this document, December 10, 2015.


_____/S/   Eric Coats_____


Randall County District Attorney
2309 Russell Long Blvd. Ste 120
Canyon, TS 79015
clarkwl3@gmail.com

State Prosecuting Attorney
P.O. Box 12405
Austin, TX 78711
information@spa.texas.gov